IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL F. KOEHLER, AND by and through his Guardian and Conservator, Anne P. Koehler; and ANNE P. KOEHLER, individually;<br><br>                Plaintiffs,<br><br>vs.<br><br>CRST EXPEDITED, INC., KENNETH W. PUTNAM, AND MICHAEL C. REISDORF,<br><br>                Defendants. | 8:16CV113<br><br><br>**ORDER** |

Over Plaintiffs' objection, and for the reasons stated on the record, (Filing No. 58),

IT IS ORDERED:

A. A party deposing an opposing party's expert witness shall pay that expert's reasonable hourly rate for the actual length of the deposition (rounded up to the nearest full hour), plus one hour for deposition preparation time.

B. The scheduling order for this case is amended as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on June 26, 2017, or as soon thereafter as the case may be called, for a duration of ten (10) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 6, 2017 at **10:00 a.m.**, and will be conducted by telephonic/internet conferencing. The parties shall use the conferencing information assigned to this case, (Filing No. 29), to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to

2

>
> zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 5, 2017.
>
> 3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is January 18, 2017. Motions to compel Rule 33 through 36 discovery must be filed by February 1, 2017 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.
>
> 4) The deposition deadline is April 6, 2017.
>
> 5) The deadline for filing motions to dismiss and motions for summary judgment is February 21, 2017.[1]
>
> 6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 16, 2017.

September 27, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.