IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL F. KOEHLER, by and through his Guardian and Conservator, Anne P. Koehler, and ANNE P. KOEHLER, individually, ) ) ) ) ) ) | Case No. 16-CV-113 |
| Plaintiffs, ) ) ) ) | PLAINTIFFS' NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(2)(B) and RULE 26(a)(2)(C) EXPERT DISCLOSURES |
| vs. ) ) ) | |
| CRST EXPEDITED, INC.; KENNETH W. PUTNAM, and MICHAEL C. REISDORF, ) ) ) ) | |
| Defendants. ) | |

Plaintiffs, by and through counsel, hereby give notice that Plaintiffs served their Expert Disclosures via electronic mail and United States first class mail, postage prepaid, on the 3rd day of October, 2016, upon counsel for Defendants as follows: David C. Mullin and Timothy J. Thalken, Fraser Stryker PC LLO, 500 Energy Plaza, 409 South 17th Street, Omaha, Nebraska 68102, ATTORNEYS FOR DEFENDANTS, CRST EXPEDITED, INC. and KENNETH W. PUTNAM; and Matthew F. Heffron, Brown & Brown, LLC, 501 Scoular Building, 2027 Dodge Street, Omaha, Nebraska 68102, ATTORNEYS FOR DEFENDANT, MICHAEL C. REISDORF.

Respectfully submitted,

/s/ Samuel K. Cullan
Samuel K. Cullan     #16816
Cullan & Cullan
4151 N. Mulberry Drive, Suite 260
Kansas City, Missouri 64116
(816) 861-7600
(816) 756-1908 – *Facsimile*
sam@cullan.net
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of August, 2016, he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nebraska using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/  Samuel K. Cullan
Attorney for Plaintiffs