IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL F. KOEHLER, by and through his Guardian and Conservator, Anne P. Koehler; and ANNE P. KOEHLER, individually; | **8:16CV113** |
| Plaintiffs, | **ORDER** |
| vs. | |
| CRST EXPEDITED, INC., KENNETH W. PUTNAM, and MICHAEL C. REISDORF, | |
| Defendants. | |

Upon joint notice of settlement, Filing No. 79, filed on November 30, 2016, by Attorney David C. Mullin on behalf of Defendants CRST Expedited, Inc., Kenneth W. Putnam,

**IT IS ORDERED that**:

1.      On or before **January 30, 2017**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.      The previously scheduled pretrial conference and trial are cancelled upon the representation that this case is settled.

Dated this 5th day of December, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge