IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL F. KOEHLER, by and through his Guardian and Conservator, Anne P. Koehler, and ANNE P. KOEHLER, individually, | ) ) ) ) | CASE NO. 8:16-CV-00113 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| CRST EXPEDITED, INC., KENNETH W. PUTNAM and MICHAEL C. REISDORF, | ) ) ) ) | |
| Defendants. | ) | |

THIS matter having come before the Court on the Stipulation For Dismissal of the parties, Filing No. 81, and the Court, being fully advised in the premises,

ORDERS, ADJUDGES, AND DECREES that the Complaint filed by the Plaintiffs be, and hereby is, dismissed with prejudice, each party to pay its own costs, complete record waived by the Court.

Dated this 31st day of January, 2017

BY THE COURT:

   s/ Joseph F. Bataillon
Senior United States District Judge